Massachusetts Bonding & Insurance Company, appellee, v. Standard Trust & Savings Bank, appellant. Gen. No. 32,142.

Opinion filed June 25, 1928.

Castle, Williams, Long & Castle, for appellant; Jesse R. Long and Hargrave A. Long, of counsel. Moses, Kennedy, Stein & Bachrach, for appellee; Walter Bachrach and Isaac E. Ferguson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Gregory T. Van Meter, administrator of the estate of Henry C. Eckart, deceased, appellee, v. B. J. Bonk et al. Society of the Divine Word, appellant. Gen. No. 32,359.

Opinion filed June 25, 1928.

O'Donnell & O'Donnell, for appellant. Hoag & Ullmann, for appellee; George M. Burditt, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Ida Altschuler and Isaac Altschuler, trading as Altschuler Iron & Steel Company, appellees, v. Chicago Smelting & Refining Corporation, appellant. Gen. No. 32,378.

Opinion filed June 25, 1928. Rehearing denied July 9, 1928.

James R. Quinn, for appellant. Benjamin B. Morris, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Clara Tarrant, plaintiff in error, v. American Mutual Indemnity Company, defendant in error. Gen. No. 32,500.

Opinion filed June 25, 1928.

Leesman, Roemer & Schnell, for plaintiff in error. John A. Bloomingston, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.